**No. 10-7048. Terell Moore, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 551.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 433.

**No. 10-7077. Patricia Ann Edwards, Petitioner v. South Dakota.**

562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 155.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of South Dakota denied.

Same case below, 785 N.W.2d 272.

**No. 10-7078. Robert V. Case, Petitioner v. United States, et al.**

562 U.S. 1144, 131 S. Ct. 916, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 475.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 384 Fed. Appx. 43.

**No. 10-7079. Jeffrey L. Miller, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Frackville, et al.**

562 U.S. 1144, 131 S. Ct. 916, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 240.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7091. Calvin Jermaine Vines, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1145, 131 S. Ct. 916, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 504.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 429.

**No. 10-7092. Billy Ray Irick, Petitioner v. Tennessee.**

562 U.S. 1145, 131 S. Ct. 916, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 101.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Middle Division, denied.

Same case below, 320 S.W.3d 284.

**No. 10-7093. Duane Parker, Petitioner v. Louisiana.**

562 U.S. 1145, 131 S. Ct. 916, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 513.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 42 So. 3d 402.

**No. 10-7094. Michael Pete, Petitioner v. Carl White, Warden.**

562 U.S. 1145, 131 S. Ct. 917, 178 L. Ed. 2d 765, 2011 U.S. LEXIS 225.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.